United States District Court
Southern District of Texas
**ENTERED**
May 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DISNEY CASTRO GONDRES, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-1204 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER TO FILE AMENDED ANSWER**

The petitioner, Disney Castro Gondres, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Montgomery Processing Center. On February 13, 2026, he filed petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). Castro Gondres was representing himself at the time. He has since retained counsel and filed an amended petition. (*See* Docket Entry No. 9). Under these circumstances, the court will require the respondents to file an amended answer.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts[1] requires the court to promptly examine the petition and its attached exhibits and dismiss the petition, in whole or in part, if the face of the petition shows that the petitioner is not entitled to relief. Having conducted the required examination, the court **orders** as follows:

---

[1] A district court may apply any or all of the rules governing habeas petitions filed under 28 U.S.C. § 2254 to petitions filed under § 2241. *See* Rule 1(b), Rules Governing § 2254 Cases in the United States District Courts.

1.     The Clerk must deliver copies of the amended petition (Docket Entry No. 9) and this Order to the Acting United States Attorney for the Southern District of Texas, John G.E. Marck, by electronic mail to USATXS.CivilNotice@usdoj.gov.

2.     The proper respondent must file an answer or other appropriate responsive pleading within **seven (7) days** after the date of service and must forward a copy to the petitioner's counsel. If matters outside the pleadings are relied upon, the motion will be treated as a motion for summary judgment and should be titled as such.

3.     In addition to any defense, in law or fact, to a claim for relief by the petitioner, the respondent's answer must contain: (a) a statement of the authority by which the petitioner is held and, if held under the judgment of a court or administrative tribunal, the name of such court or tribunal and the number and style of the case(s) in which those judgments were entered; and (b) a statement as to whether the petitioner has exhausted all available administrative remedies.

4.     Whether the respondent elects to submit an answer or a dispositive motion (*i.e.*, a motion to dismiss or for summary judgment), the petitioner must file any response within **ten (10) days** of the date reflected on the certificate of service.  Under the court's local rules, the petitioner's failure to respond will be considered a representation that the petitioner does not oppose the motion.  *See* S.D. Tex. L.R. 7.4.  If the petitioner fails to comply on time, the court may dismiss this case for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

5.      The respondents must notify the petitioner's counsel and the court of any anticipated or planned transfer of Disney Castro Gondres outside of the Southern District of Texas **at least five (5) days before** any such transfer.

SIGNED on May 7, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge