United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DISNEY CASTRO GONDRES, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-1204 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Disney Castro Gondres, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). (Docket Entry No. 1). On June 26, 2026, the respondent filed an Advisory stating that the petitioner would be removed five days after the date of the filing. (Docket Entry No. 14).

**Within ten (10) days of the date of this Order**, the government must file an update indicating whether Disney Castro Gondres has been removed from the United States. If Disney Castro Gondres is still in ICE custody, the government must provide an update, in the form of a sworn declaration from a deportation officer, on what further efforts have transpired in obtaining the petitioner's removal.

SIGNED on November 24, 2026, at Houston, Texas.

Lee H. Rosenthal

Lee H. Rosenthal
Senior United States District Judge